# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00541-CV

**Shalanda Augillard, Appellant**

**v.**

**Tiffany Madura and Richard Toro, Appellee**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT
NO. 06-0762, HONORABLE WILLIAM HENRY, JUDGE PRESIDING**

## C O N C U R R I N G   O P I N I O N

I concur in the judgment only.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Filed:   June 20, 2008